UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| ) | '08 MJ 0900 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Juan MUNIZ-Parra, ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 23, 2008** within the Southern District of California, defendant, **Juan MUNIZ-Parra**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **March 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Juan MUNIZ-Parra

## PROBABLE CAUSE STATEMENT

On March 23, 2008, Border Patrol Agent Sabastian Fernandez was patrolling an area near Jamul, California known as Corral Draw. This area is approximately eight miles east of the Otay Mesa, California Port of Entry and six miles north of the United States and Mexico International Boundary.

At approximately 4:45 a.m. Agent Fernandez was directed by a scope operator to eight subjects by an area known as Corral Draw. Upon arriving Agent Fernandez encountered eight subjects. Agent Fernandez identified himself as a United States Border Patrol Agent and questioned the subjects as to their citizenship and immigration status. All eight, including one later identified as the defendant **Juan MUNIZ-Parra**, stated they were citizens of Mexico present in the United States without any immigration documents that would allow them to enter and remain in the United States legally. All eight subjects were arrested and transported to the Brown Field Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 19, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant stated he intended to go to Santa Ana, California.

_____
James Trombley
Senior Patrol Agent

_____
William McCurine Jr.
U.S. Magistrate Judge

_____
Date/Time   3/24/08 /003hrs