1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Jennifer_Coon@fd.org

5 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 (HONORABLE WILLIAM C. McCURINE)

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0900 |
| 12 Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 JUAN PABLO MUNIZ-PARRA, | ) | |
| 15 Defendant. | ) | |

17     Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                        Respectfully submitted,

22 Dated: April 7, 2008                  /s/ *JENNIFER L. COON*
                                          Federal Defenders of San Diego, Inc.
23                                        Attorneys for Defendant
                                          Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 7, 2008                            /s/ *JENNIFER L. COON*
                                                Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
                                                San Diego, CA  92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                Jennifer_Coon@fd.org (email)