AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 2 2 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN MUNIZ-PARRA | CASE NUMBER: 08CR1243-BTM |

    I, <u>JUAN MUNIZ-PARRA</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/22/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

<u>Juan Muniz</u>
Defendant

<u>Jennifer C.</u>
Counsel for Defendant

Before <u>UMcIrvine</u>
         JUDICIAL OFFICER